[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 22-12859

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

PABLO QUINONES VELAZQUEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cr-00035-SDM-MRM-4

_____

Before JORDAN, BRANCH, and BRASHER, Circuit Judges.

PER CURIAM:

Jose Rafael Rodriguez, appointed counsel for Pablo Quinones Velazquez in this direct criminal appeal from his convictions and total sentence for conspiracy to possess with intent to distribute five kilograms or more of cocaine while onboard a vessel, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED**, and Quinones Velazquez's conviction and sentence are **AFFIRMED**.